**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sudjam, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Renderhosting.net** <br> **DBA  Dedicated Room** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-2135423** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **520 E. Broadway Suite 301** <br> **Glendale, California 91205** <br> Number, Street, City, State & ZIP Code | **130 Valley Street #2017** <br> **Pasadena, California 91105** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **530 W 6th Street, Suite 401 Los Angeles, California 90014** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.sudjam.com** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Sudjam, LLC**                                                                              Case number (*if known*) _____
       Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5415__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Jaffer Bernard Masud** | Relationship | **Managing Member** |
|---|---|---|---|---|
| | District | **Central District of California** | When | 12/11/16 | Case number, if known | **2:16-bk-26235-BB** |

Debtor    **Sudjam, LLC**
_____    Case number (if known) _____
Name

---

**11. Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name    _____

            Phone    _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Sudjam, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 27, 2017**
_____
MM / DD / YYYY

**X** **/s/ Jaffer Bernard Masud**                            **Jaffer Bernard Masud**
_____        _____
Signature of authorized representative of debtor                 Printed name

Title     **Managing Member**
_____

---

**18. Signature of attorney**

**X** **/s/ Andre A. Khansari, Esq.**                        Date     **June 27, 2017**
_____                 _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Andre A. Khansari, Esq.**
_____
Printed name

**KHANSARI LAW CORP., APC**
_____
Firm name

**11845 West. Olympic Blvd., Suite 1000**
**Los Angeles, California 90064**
_____
Number, Street, City, State & ZIP Code

Contact phone     **(424) 248-6688**          Email address     **info@khansarilaw.com**
_____                        _____

**Cal. Bar No. 223528**
_____
Bar number and State

---

## United States Bankruptcy Court
### Central District of California

In re    **Sudjam, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Jaffer Bernard Masud, declare under penalty of perjury that I am the Managing Member of Sudjam, LLC, a California limited liability company (the **"Company"**) and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Company at a special meeting duly called and held on the **25th** day of **April, 2017**.

"Whereas, it is in the best interest of the limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jaffer Bernard Masud, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Jaffer Bernard Masud, Managing Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Jaffer Bernard Masud, Managing Member of the Company is authorized and directed to employ Andre A. Khansari, Esq and the law firm of Khansari Law Corp., APC to represent the Company in such bankruptcy case."

Date    **April 25, 2017**

Signed _____
        Jaffer Bernard Masud

Resolution of Managing Member
of
**Sudjam, LLC**


Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jaffer Bernard Masud, Managing Member of this Limited Liability Company (the **"Company"**) , is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Jaffer Bernard Masud, Managing Member  of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Jaffer Bernard Masud, Managing Member of the Company is authorized and directed to employ Andre A. Khansari, Esq, attorney and the law firm of Khansari Law Corp., APC to represent the Company in such bankruptcy case.

Date   **April 25, 2017**                          Signed _____

Date   **April 25, 2017**                          Signed _____

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andre A. Khansari, Esq.**<br>**KHANSARI LAW CORP., APC**<br>**11845 West. Olympic Blvd., Suite 1000**<br>**Los Angeles, California 90064**<br>**(424) 248-6688 Fax: (424) 248-6689**<br>California State Bar Number: **223528**<br>info@khansarilaw.com | |
| ☑ *Attorney for:* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Sudjam, LLC**<br><br>                                            Debtor(s),<br><br>                                            Plaintiff(s),<br><br><br><br><br><br><br><br>                                            Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7**<br><br><div align="center">**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**</div><br><br><div align="center">[No hearing]</div> |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Jaffer Bernard Masud**                                    , the undersigned in the above-captioned case, hereby declare
                    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **June 27, 2017** | By:  **/s/ Jaffer Bernard Masud** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:  **Jaffer Bernard Masud** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Jaffer Bernard Masud Business Manager and Managing Member of Sudjam, LLC filed a Chapter 7 Petition on December 11, 2016 Case Number 2:16-bk-26235 BB, the case is still pending. No Real Estate.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___**Los Angeles**_____ , California.

Date: _____**June 27, 2017**_____

/s/ **Jaffer Bernard Masud**
_____
**Jaffer Bernard Masud**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name     **Sudjam, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................ $       **263,025.40**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $       **263,025.40**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       **14,363.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $       **21,058.96**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$       **228,131.75**

4.  **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b        $       **263,553.71**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sudjam, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking Account** | **8401** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                           $0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

> **Security deposit for the data center lease held by 530 W. 6th Street LLC c/o Merlin Management Corp. Rights to Security Deposit have been waived by Debtor pursuant to a settlement agreement related to a unlawful detainer case.**

7.1. **701 North Brand Blvd  Number 810 Glendale, California 91203.**                    $19,806.90

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                           $19,806.90

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Sudjam, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below. **See Exhibit A**

11.    **Accounts receivable**

11a. 90 days old or less:    **4,918.00** - **2,459.00** = .... **$2,459.00**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **164,890.00** - **82,445.00** =.... **$82,445.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$84,904.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Chairs, Desks and Tables: See Exhibit B** | Unknown | Replacement | **$860.00** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Computer and Office Equipment: See Exhibit B** | Unknown | Replacement | **$20,000.00** |

| Debtor | **Sudjam, LLC** | Case number *(If known)* | |
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

$20,860.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Toyota Prius Four**<br>**57,000 Miles.**<br>**Good Condition**<br>**Location: 130 Valley Street Unit 2017**<br>**Pasadena, California 91105** | Unknown | Comparable sale | $13,393.00 |
| 47.2. **2006 Mercedes Benz E350**<br>**80,000 Miles Silver**<br>**Fair Condition, engine problems**<br>**Location: Ashaa Siewkumar**<br>**426 S. Orange Grove Avenue**<br>**Los Angeles, California 90036** | Unknown | Comparable sale | $4,099.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

$17,492.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 9:    Real property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Sudjam, LLC**                                  Case number *(If known)* _____
_____
Name

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Game called "Skabooki" for iphone 4 was sold on iTunes. http://www.sudjam.com/skabooki/ The game has since been removed from iTunes. Valuation of the game is one or two thousand dollars. Michael Boys 1543 Marion Dr. Glendale, California 91205-3720 owns 50% of the Game. Sudjam owns the other 50%. | Unknown | Revenue based | $1000.00 |
| 65. **Goodwill** | | | |

**66. Total of Part 10.**                                                          **$0.00**
Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Sudjam, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Business Loan to Harry Zink 10061 Riverside Drive, #295 Toluca Lake, California 91602 due April 1, 2015**

| 3,000.00 | - | 1,500.00 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

**$1,500.00**

**Business Loan to Solo Care Dental 8871 West Charleston Blvd, Suite 153 Las Vegas, Nevada 89146-1432 was due January 2008.**

| 16,000.00 | - | 8,000.00 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

**$8,000.00**

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
     **Hartford Commercial General Liability Policy**
     **$ 2 Million each occurance /$ 4 Million Aggregate**
     **Coverage, No Cash Value**

**$0.00**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **December 2, 2009 Judgement Against Global Gaming League Incorporated  Los Angeles Superior Court Case Number BC376061, Debtor awarded $110,462.50 plus attorneys fees and costs.**

| Nature of claim | **Judgement** |
|---|---|
| Amount requested | **$110,462.50** |

**$110,462.50**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     **$119,962.50**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sudjam, LLC**_____        Case number *(If known)* _____
　　　　　Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,806.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $84,904.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,860.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,492.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $119,962.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $263,025.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $263,025.40 |

---

Exhibit A

3:27 PM

04/20/17

## Sudjam, LLC
## Accounts Receivable
### As of April 20, 2017

| | Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **various** | | Accountant created an journal entry to "zero out " very old accounts reciable. | | | | | | | |
| | General Journal | 12/31/2014 | adj 2ta... | | | | | | 12,030.25 |
| **Total various** | | | | | | | | | 12,030.25 |
| **Separation Degrees Media, Inc.** | 3420 Bristol Street Floor 6, Costa Mesa, California 92626-1996 | | | | | | | | |
| **Sizzix** | | | | | | | | | |
| | Invoice | 08/15/2014 | 23393 | | | 08/15/2014 | Consulting | 979 | 5,625.00 |
| | Invoice | 09/01/2014 | 23424 | | | 09/01/2014 | Consulting | 962 | 11,500.00 |
| | Invoice | 09/15/2014 | 23447 | | | 09/15/2014 | Consulting | 948 | 3,750.00 |
| | **Total Sizzix** | | | | | | | | 20,875.00 |
| **Total Separation Degrees Media, Inc** | | | | | | | | | 20,875.00 |
| **Noble Mouse** | 208 East Broughton Street Savannah Georgia 31401-3402 | | | | | | | | |
| **HGC Hosting** | | | | | | | | | |
| | Invoice | 08/01/2016 | 24475 | | | 08/01/2016 | Consulting | 262 | 125.00 |
| | **Total HGC Hosting** | | | | | | | | 125.00 |
| **MSR** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 10/01/2015 | 24057 | | | 10/01/2015 | Consulting | 567 | 2,080.00 |
| | Invoice | 11/01/2015 | 24136 | | | 11/01/2015 | Consulting | 536 | 2,595.00 |
| | **Total MSR** | | | | | | | | 4,675.00 |
| **Jumy Jumpland** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 08/01/2014 | 23371 | | | 08/01/2014 | Consulting | 993 | 212.50 |
| | **Total Jumy Jumpland** | | | | | | | | 212.50 |
| **WB HPWL2** | Project for Noble Mouse | | | | | | | | |
| | Credit Memo | 11/25/2016 | 24598 | | | 11/25/2016 | Consulting | 146 | -5,152.50 |
| | **Total WB HPWL2** | | | | | | | | -5,152.50 |
| **Sav Cams** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 08/01/2015 | 23945 | | | 08/01/2015 | Consulting | 628 | 85.00 |
| | Invoice | 08/15/2015 | 23986 | | | 08/15/2015 | Consulting | 614 | 85.00 |
| | Invoice | 09/01/2015 | 24008 | | | 09/01/2015 | Consulting | 597 | 85.00 |
| | **Total Sav Cams** | | | | | | | | 255.00 |
| **Polycase** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 07/15/2014 | 23351 | | | 07/15/2014 | Consulting | 1010 | 255.00 |
| | Invoice | 08/15/2014 | 23391 | | | 08/15/2014 | Consulting | 979 | 637.50 |
| | Invoice | 09/15/2014 | 23444 | | | 09/15/2014 | Consulting | 948 | 510.00 |
| | Invoice | 12/15/2014 | 23607 | | | 12/15/2014 | Consulting | 857 | 85.00 |
| | Invoice | 12/15/2014 | 23615 | | | 12/15/2014 | Consulting | 857 | 595.00 |
| | Invoice | 01/15/2015 | 23639 | | | 01/15/2015 | Consulting | 826 | 680.00 |
| | **Total Polycase** | | | | | | | | 2,762.50 |
| **Lucas Theaters** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 08/15/2014 | 23390 | | | 08/15/2014 | Consulting | 979 | 1,721.25 |
| | Invoice | 09/01/2014 | 23421 | | | 09/01/2014 | Consulting | 962 | 2,146.25 |
| | Invoice | 09/15/2014 | 23442 | | | 09/15/2014 | Consulting | 948 | 1,423.75 |
| | Invoice | 10/01/2014 | 23462 | | | 10/01/2014 | Consulting | 932 | 1,955.00 |
| | Invoice | 11/01/2014 | 23522 | | | 11/01/2014 | Consulting | 901 | 255.00 |
| | **Total Lucas Theaters** | | | | | | | | 7,501.25 |
| **HG Chrisie Web** | Project for Noble Mouse | | | | | | | | |
| | Invoice | 07/15/2014 | 23345 | | | 07/15/2014 | Consulting | 1010 | 2,186.05 |
| | Invoice | 07/15/2014 | 23349 | | | 07/15/2014 | Consulting | 1010 | 2,380.00 |
| | Invoice | 08/01/2014 | 23369 | | | 08/01/2014 | Consulting | 993 | 1,593.75 |
| | Invoice | 08/15/2014 | 23387 | | | 08/15/2014 | Consulting | 979 | 2,018.75 |
| | Invoice | 09/01/2014 | 23419 | | | 09/01/2014 | Consulting | 962 | 2,018.75 |
| | Invoice | 09/15/2014 | 23440 | | | 09/15/2014 | Consulting | 948 | 1,615.00 |
| | Invoice | 10/01/2014 | 23465 | | | 10/01/2014 | Consulting | 932 | 1,785.00 |
| | Invoice | 10/15/2014 | 23484 | | | 10/15/2014 | Consulting | 918 | 1,870.00 |
| | Invoice | 11/01/2014 | 23520 | | | 11/01/2014 | Consulting | 901 | 998.75 |
| | Invoice | 12/01/2014 | 23579 | | | 12/01/2014 | Consulting | 871 | 340.00 |
| | Invoice | 12/15/2014 | 23592 | | | 12/15/2014 | Consulting | 857 | 340.00 |
| | Invoice | 01/01/2015 | 23610 | | | 01/01/2015 | Consulting | 840 | 340.00 |
| | Invoice | 01/15/2015 | 23635 | | | 01/15/2015 | Consulting | 826 | 170.00 |
| | Invoice | 02/01/2015 | 23660 | | | 02/01/2015 | Consulting | 809 | 170.00 |
| | Invoice | 02/16/2015 | 23672 | | | 02/15/2015 | Consulting | 795 | 1,253.75 |
| | Invoice | 03/01/2015 | 23701 | | | 03/01/2015 | Consulting | 781 | 977.50 |
| | Invoice | 03/15/2015 | 23715 | | | 03/15/2015 | Consulting | 781 | 1,678.75 |

3:27 PM

04/20/17

# Sudjam, LLC
## Accounts Receivable
### As of April 20, 2017

| Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|-------|----------|-------|-------|--------------|
| Invoice | 04/01/2015 | 23734 | | | 04/01/2015 | Consulting | 750 | 1,870.00 |
| Invoice | 04/15/2015 | 23755 | | | 04/15/2015 | Consulting | 736 | 276.25 |
| Invoice | 05/01/2015 | 23787 | | | 05/01/2015 | Consulting | 720 | 2,337.50 |
| Invoice | 05/15/2015 | 23823 | | | 05/15/2015 | Consulting | 706 | 1,806.25 |
| Invoice | 06/01/2015 | 23850 | | | 06/01/2015 | Consulting | 689 | 552.50 |
| Invoice | 06/15/2015 | 23867 | | | 06/15/2015 | Consulting | 675 | 1,360.00 |
| Invoice | 07/15/2015 | 23921 | | | 07/15/2015 | Consulting | 645 | 467.50 |
| Invoice | 10/01/2015 | 24062 | | | 10/01/2015 | Consulting | 567 | 510.00 |
| **Total HG Chrisie Web** | | | | | | | | **30,916.05** |
| **VOIP DID**   Project for Noble Mouse | | | | | | | | |
| Invoice | 09/01/2016 | 24499 | | | 09/01/2016 | Data Center | 231 | 34.00 |
| Invoice | 10/01/2016 | 24528 | | | 10/01/2016 | Data Center | 201 | 34.00 |
| Invoice | 11/01/2016 | 24567 | | | 11/01/2016 | Data Center | 170 | 34.00 |
| Invoice | 12/01/2016 | 24596 | | | 12/01/2016 | Data Center | 140 | 34.00 |
| Invoice | 01/01/2017 | 24622 | | | 01/01/2017 | Data Center | 109 | 34.00 |
| Invoice | 02/01/2017 | 24636 | | | 02/01/2017 | Data Center | 78 | 34.00 |
| **Total VOIP DID** | | | | | | | | **204.00** |
| **Total Noble Mouse** | | | | | | | | **41,498.80** |
| **Zap Entertainment** 6425 West Third Street Suite 400 Los Angeles California 90048-4147 | | | | | | | | |
| Invoice | 01/01/2013 | 21711 | | Upon Rec... | 01/01/2013 | Consulting | 1570 | 1,468.75 |
| Invoice | 01/15/2013 | 21721 | | Upon Rec... | 01/15/2013 | Consulting | 1556 | 625.00 |
| Invoice | 02/01/2013 | 21783 | | Upon Rec... | 02/01/2013 | Consulting | 1539 | 1,156.25 |
| Invoice | 03/01/2013 | 21957 | | Upon Rec... | 03/01/2013 | Consulting | 1511 | 1,000.00 |
| Invoice | 03/15/2013 | 21996 | | Upon Rec... | 03/15/2013 | Consulting | 1497 | 1,406.25 |
| Invoice | 04/01/2013 | 22072 | | Upon Rec... | 04/01/2013 | Consulting | 1480 | 1,093.75 |
| Invoice | 04/15/2013 | 22115 | | Upon Rec... | 04/15/2013 | Consulting | 1466 | 406.25 |
| Invoice | 05/15/2013 | 22227 | | Upon Rec... | 05/15/2013 | Consulting | 1436 | 593.75 |
| **Total Zap Entertainment** | | | | | | | | **7,750.00** |
| **Saffron Project** Accounts Payable PO Box 46607 Los Angeles, California 90046 | | | | | | | | |
| **Hidin** | | | | | | | | |
| Invoice | 10/01/2013 | 22654 | | | 10/01/2013 | Consulting | 1297 | 4,500.00 |
| **Total Hidin** | | | | | | | | **4,500.00** |
| **Total Saffron Project** | | | | | | | | **4,500.00** |
| **FremantleMedia Enterprises** Accounts Payable 2900 W. Alameda Avenue, Suite 800 Burbank California 91505 | | | | | | | | |
| Payment | 04/28/2014 | 1047 | | | | | | -2,900.00 |
| Payment | 06/18/2014 | 1071 | | | | | | -7,500.00 |
| **Total FremantleMedia Enterprises** | | | | | | | | **-10,400.00** |
| **TOTAL** | | | | | | | | **76,254.05** |

# Exhibit B

# Sudjam Assets

| Location | Qty | Description | Value | Total |
|---|---|---|---|---|
| Jeff | 1 | Ikea Desk+File Drawer | $ 100.00 | $ 100.00 |
| Jeff | 1 | Ikea Chair | $ 100.00 | $ 100.00 |
| Jeff | 1 | 19" Monitor | $ 50.00 | $ 50.00 |
| Jeff | 1 | 27" Monitor | $ 100.00 | $ 100.00 |
| Jeff | 1 | Cisco Phone | $ 25.00 | $ 25.00 |
| Jeff | 1 | Coffee Table | $ 10.00 | $ 10.00 |
| Jeff | 1 | Airport Router | $ 50.00 | $ 50.00 |
| Jeff | 1 | MacAir 11" | $ 350.00 | $ 350.00 |
| Jeff | 1 | MacBookPro 17" | $ 400.00 | $ 400.00 |
| Jeff | 10 | Old Hard Drives | $ 10.00 | $ 100.00 |
| Jeff | 1 | Dell Switch 6024F | $ 100.00 | $ 100.00 |
| Jeff | 1 | Dell Projector | $ 100.00 | $ 100.00 |
| | | | | |
| Ashaa | 1 | MacPro | $ 550.00 | $ 550.00 |
| Ashaa | 1 | Sony FX1 | $ 375.00 | $ 375.00 |
| Ashaa | 1 | Ikea Desk+File Drawer | $ 100.00 | $ 100.00 |
| Ashaa | 1 | Ikea Chair | $ 100.00 | $ 100.00 |
| | | | | |
| Data Center | 2 | Folding Tables | $ 50.00 | $ 100.00 |
| Data Center | 2 | Folding Chairs | $ 25.00 | $ 50.00 |
| Data Center | 13 | 4-Post Racks | $ 100.00 | $ 1,300.00 |
| Data Center | 31 | Server Cabinets | $ 450.00 | $ 13,950.00 |
| Data Center | 1 | Cisco 4503 | $ 500.00 | $ 500.00 |
| Data Center | 10 | Dell Servers | $ 80.00 | $ 800.00 |
| Data Center | 3 | 2U APC | $ 50.00 | $ 150.00 |
| Data Center | 2 | Dell Fiber Switch | $ 50.00 | $ 100.00 |
| Data Center | 2 | Cisco 3550 | $ 50.00 | $ 100.00 |
| Data Center | 1 | Cisco 3750 | $ 150.00 | $ 150.00 |
| Data Center | 1 | Dell POE Switch | $ 50.00 | $ 50.00 |
| Data Center | 1 | HID Door Lock | $ 300.00 | $ 300.00 |
| Data Center | 2 | Heavy Duty Shelves | $ 20.00 | $ 40.00 |
| Data Center | 1 | Miscelanous Parts | $ 200.00 | $ 200.00 |

| Storage | 1 Heavy Duty Shelves | $ | 20.00 | $ | 20.00 |
| Storage | 2 Metal Rolling Shelves | $ | 20.00 | $ | 40.00 |
| Storage | 2 Idea Desks | $ | 100.00 | $ | 200.00 |
| Storage | 1 Phone System | $ | 50.00 | $ | 50.00 |
| Storage | 1 Misc Office Items | $ | 200.00 | $ | 200.00 |

$ 20,910.00

| Locations: | Address: |
| Jeff | 130 Valley Street Unit 2017, Pasadena, California 91105 |
| Ashaa | 426 Orange Grove, Los Angeles, California 90036 |
| Data Center | 530 W. 6th Street, Suite 401, Los Angeles, California 90014 |
| Storage | Public Storage, 4820 San Fernando Road, Glendale, California 91204 |

**Fill in this information to identify the case:**

Debtor name **Sudjam, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Toyota Motor Credit Co** Creditor's Name | **Describe debtor's property that is subject to a lien** **2015 Toyota Prius Four** **57,000 Miles** **Good Condition** **Location 130 Valley Street Unit 2017** **Pasadena, California 91105** | $14,363.00 | $13,393.00 |

**c/o Toyota Fin Services**
**Attn:  Bankruptcy**
**PO Box 15012**
**Chandler, Arizona 85244**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/01/2014**
**Last 4 digits of account number**
**4848**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $14,363.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Sudjam, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,153.00** | **$12,153.00** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Jaffer Bernard Masud**
**PO Box 481166**
**Los Angeles, California 90048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$12,153.00**     Priority amount: **$12,153.00**

Date or dates debt was incurred
**2010-2011**

Basis for the claim:
**Unpaid Salary**

Last 4 digits of account number **5771**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

**2.2** Priority creditor's name and mailing address
**James B. Hull**
**1151 Sonora Avenue Apt 214**
**Glendale, California 91201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$8,905.96**     Priority amount: **$8,905.96**

Date or dates debt was incurred
**7/2016**

Basis for the claim:
**Unpaid Salary of Former Employee**

Last 4 digits of account number **9216**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**530 Sixth Street**
**c/o Morlin Asset Mgmt LP**
**701 N. Brand Blvd., #810**
**Glendale, California 91203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$57,393.88**

Date(s) debt was incurred   **2016**

Basis for the claim:  Rent For Data Center which was located at 530 West
6th Street, Suite 401 Los Angeles, California 90014

Last 4 digits of account number   **2339**

Is the claim subject to offset?  ☑ No   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    43673                    Best Case Bankruptcy

| Debtor | **Sudjam, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,886.01**

**American Express (Delta)**
P.O Box 981535
El Paso, Texas 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1002**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,287.00**

**Balboa Lease 149430-000**
BCC FUNDING VII LLC
PO BOX 79445
City of Industry, California 91716-9445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **July 2016 to January 20, 2017**

Last 4 digits of account number  **5698**

Basis for the claim:  **Equipment Lease for the Data Center**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00**

**CoreSpace, Inc**
7505 John W. Carpenter Freeway
Dallas, Texas 75247-4824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March to April 2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**DP Air Corporation**
11809 Smith Ave
Santa Fe Springs, California 90670-3226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2016**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor-HVAC servicing for the data center.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$417.73**

**GTT Communications, Inc**
PO Box 842630
Dallas, Texas 75284-2630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/17**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,900.00**

**Hale Testing Solutions LLC**
21 West Goethe Street Apartment 4B
Chicago, Illinois 60610-7423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/14**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Hurricane Electric**
760 Mission Court
Fremont, California 94539-8204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2017**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor-Internet Connectivity**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,475.00**

**Industrial Media Technology Inc**
1637 North Fern Street
Orange, California 92867-4011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17/2015 to 4/15/2016**

Last 4 digits of account number  **_**

Basis for the claim:  **Trade Creditor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sudjam, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,170.00 |
|---|---|---|---|

**Mark Sullivan**
**4230 West. Century Blvd**
**Inglewood, California 90304**

Date(s) debt was incurred  2016

Last 4 digits of account
number  No account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consultant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**QuadraNet, Inc**
**19528 Ventura Blvd #433**
**Tarzana, California 91356**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fiber Service

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy Yoo, Esq Chapter 7 Trustee**
**Levene, Neale, Bender, Yoo LLP**
**10250 Constellation Blvd #1700**
**Los Angeles, California 90067**

Date(s) debt was incurred  _

Last 4 digits of account number  35BB

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Chapter 7 Trustee for Managing Member Jaffer
Bernard Masud

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**U S Fire Protection**
**3747 Corona Ave**
**Norco, California 92860-1473**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Creditor-Fire Suppressant for the Data Center

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,386.36 |
|---|---|---|---|

**Valley Wide Air**
**PO Box 905**
**Agoura Hills, California 91376-0905**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Creditor HVAC Repairs for the Data Center

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,977.07 |
|---|---|---|---|

**Wells Fargo Business Direct**
**PO Box 294482**
**Phoenix, Arizona 85038-8650**

Date(s) debt was incurred  2016

Last 4 digits of account number  8418

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Credit Card

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.70 |
|---|---|---|---|

**Wells Fargo Merchant Services**
**14141 South West Freeway**
**Sugar Land, Texas 77478**

Date(s) debt was incurred  April 2017

Last 4 digits of account number  1998

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Charges on a Wells Fargo Merchant Service's
Account

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

---

| Debtor | **Sudjam, LLC** | | | |
| | Name | | | |
| | | Case number (if known) | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Balboa Capital** <br> **Attn: Bankruptcy** <br> **2010 Main Street, Suite 1100** <br> **Irvine, California 92614** | Line __3.3__ <br><br> ☐ Not listed. Explain ____ | __5698__ |
| 4.2 | **Bill Robison, Esq.** <br> **Mandelbaum & Robison, LLP** <br> **4929 Wilshire Blvd., Suite 910** <br> **Los Angeles, California 90010** | Line __3.1__ <br><br> ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 21,058.96 |
| 5b. Total claims from Part 2 | 5b. + | $ 228,131.75 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 249,190.71 |

**Fill in this information to identify the case:**

Debtor name      **Sudjam, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sudjam, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jaffer Bernard Masud** | **130 Valley Street Unit 2017 Pasadena, California 91105 Personal Guarantor** | **Toyota Motor Credit Co** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jaffer Bernard Masud** | **130 Valley Street Unit 2017 Pasadena, California 91105 Personal Guarantor** | **530 Sixth Street** | ☐ D _____<br>☑ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Jaffer Bernard Masud** | **130 Valley Street Unit 2017 Pasadena, California 91105 Personal Guarantor** | **American Express (Delta)** | ☐ D _____<br>☑ E/F ___3.2___<br>☐ G _____ |
| 2.4 | **Jaffer Bernard Masud** | **130 Valley Street Unit 2017 Pasadena, California 91105 Personal Guarantor** | **Balboa Lease 149430-000** | ☐ D _____<br>☑ E/F ___3.3___<br>☐ G _____ |
| 2.5 | **Jaffer Bernard Masud** | **130 Valley Street Unit 2017 Pasadena, California 91105 Personal Guarantor** | **Wells Fargo Business Direct** | ☐ D _____<br>☑ E/F ___3.15___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Sudjam, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **All the Exhibits attached are true and correct and all forms not on this list are also true and correct.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2017**       X **/s/ Jaffer Bernard Masud**
Signature of individual signing on behalf of debtor

**Jaffer Bernard Masud**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sudjam, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$154,159.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$1,440,930.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$1,971,390.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Sudjam, LLC**                                                Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **530 Sixth Street c/o Morlin Asset Mgmt LP 701 N. Brand Blvd., #810 Glendale, California 91203** | **Debtor voluntarily waived all claims and Creditor set off unpaid rent set off against the full amount of the deposit.** <br> Last 4 digits of account number:   2339 | 4/11/17 | $19,806.00 |

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Sudjam, LLC**                                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **KHANSARI LAW CORP., APC**<br>**11845 West Olympic Blvd**<br>**Suite 1000**<br>**Los Angeles, California 90064** | **Attorney Fees: $6500 including filing fee** | **March 1, 2017** | **$1,917.00** |
| | Email or website address<br>**info@khansarilaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Jaffer Bernard Masud** | | | |
| 11.2. | **KHANSARI LAW CORP., APC**<br>**11845 W. Olympic Blvd.**<br>**Suite 1000**<br>**Los Angeles, California 90064** | **Attorney Fees: $6500 including filing fee** | **March 24, 2017** | **$3,118.00** |
| | Email or website address<br>**info@khansarilaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Jaffer Bernard Masud** | | | |
| 11.3. | **KHANSARI LAW CORP., APC**<br>**11845 W. Olympic Blvd.**<br>**Suite 1000**<br>**Los Angeles, California 90064** | **Attorneys Fees: $6500 including filing fee** | **May 18, 2017** | **$1,800.00** |
| | Email or website address<br>**info@khansarilaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Debtor    **Sudjam, LLC**

Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **121 W. Lexington Suite 206 Glendale, California 91203** | **2011-1/2017** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Oppenheimer Simple IRA** | EIN:  **54-2135423** |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Sudjam, LLC**                                                      Case number *(if known)* _____

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, Oregon 97228** | **XXXX-0043** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/10/17** | **$0.00** |
| 18.2. | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, Oregon 97228** | **XXXX-0729** | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/24/17** | **$0.00** |
| 18.3. | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, Oregon 97228** | **XXXX-0047** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/24/17** | **$0.00** |
| 18.4. | **Wells Fargo**<br>**PO Box 5445**<br>**Portland, Oregon 97228** | **XXXX-0275** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/24/17** | **$0.00** |
| 18.5. | **Wells Fargo**<br>**PO Box 5445**<br>**Portland, Oregon 97228** | **XXXX-3644** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/10/17** | **$0.00** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Sudjam, LLC**                                                      Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**4820 San Fernando Road**<br>**Glendale, California 91204-1412** | **Jeff Masud P.O Box**<br>**481166 Los Angeles,**<br>**California 90048**<br>**Craig Johnston 1637**<br>**North. Fern Street,**<br>**Orange, California 92867** | **1 Heavy Duty Shelf $ 20.00**<br>**2 Metal Rolling Shelves $ 40.00**<br>**2 Idea Desks $ 200.00**<br>**1 Phone System $ 50.00**<br>**1 Misc Office Items  $200.00** | ☐ No<br>☑ Yes |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

Debtor    **Sudjam, LLC**                                        Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Michael D. Daniels, A Law Corp**<br>**20700 Ventura Blvd., Suite 227**<br>**Woodland Hills, California 91364** | **2005-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Jason Rubin**<br>**Certified Strategies**<br>**21731 Ventura Blvd Suite 390**<br>**Woodland Hills, California 91364** | **11/2015** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Krycler, Ervin, Taubman & Kaminsky AAC**<br>**15303 Ventura Blvd Suite 1040**<br>**Sherman Oaks, California 91403** | **9/2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jaffer Bernard Masud** | **PO Box 481166**<br>**Los Angeles, California 90048** | **Managing Member** | **99** |

Debtor   **Sudjam, LLC**                                              Case number *(if known)*_____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Larell H. Baldwin | PO Box 66532<br>Scotts Valley, California 95067 | Member and Membership Interest | 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Eljostin T Rocker | P.O Box 48166<br>Los Angeles, California 90048 | LLC Manager | From 2007 to April 25, 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Jaffer Bernard Masud**<br>PO Box 481166<br>Los Angeles, California 90048 | $5,833.33 | 7/1/16 | Salary |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.2. | **Jaffer Bernard Masud**<br>PO Box 481166<br>Los Angeles, California 90048 | $3,500.00 | 7/12/16 | Salary |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.3. | **Jaffer Bernard Masud**<br>PO Box 481166<br>Los Angeles, California 90048 | $712.31 to Mass Mutual | 7/18/16 | Life Insurance Premium for Key Employee and Managing Member. |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.4. | **Jaffer Bernard Masud**<br>PO Box 481166<br>Los Angeles, California 90048 | $5,833.33 | 7/27/16 | Salary |
| | **Relationship to debtor**<br>Managing Member | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Sudjam, LLC**                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$5,833.33** | **8/15/16** | **Salary** |
| 30.6. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$712.31 to Mass Mutual** | **8/17/16** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.7. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$4,583.33** | **9/1/16** | **Salary** |
| 30.8. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$712.31 to Mass Mutual** | **9/19/16** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.9. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$3,583.33** | **9/30/16** | **Salary** |
| 30.10. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$712.31 to Mass Mutual** | **10/17/16** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.11. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California 90048**<br><br>Relationship to debtor<br>**Managing Member** | **$712.31 to Mass Mutual** | **10/17/16** | **Life Insurance Premium for Key Employee and Managing Member.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Sudjam, LLC**                                             Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 2. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$4583.33** | **10/19/16** | **Salary** |
| 30.1 3. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$4,583.33** | **11/1/16** | **Salary** |
| 30.1 4. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$4,583.33** | **11/16/16** | **Salary** |
| 30.1 5. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$712.31 to Mass Mutual** | **11/17/16** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.1 6. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$2,500 to the IRS** | **11/27/16** | **Payment of Federal Tax Liability** |
| 30.1 7. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$2,500 to the FTB** | **11/27/16** | **Payment of State Tax Liability** |
| 30.1 8. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** **Relationship to debtor** **Managing Member** | **$4,583.33** | **12/1/16** | **Salary** |

Debtor    **Sudjam, LLC**

Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1.9. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$712.31 to Mass Mutual** | **12/19/16** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.20. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$3,380.04** | **12/30/16** | **Salary** |
| 30.21. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$4,583.33** | **1/3/17** | **Salary** |
| 30.22. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$3,541.67** | **1/16/17** | **Salary** |
| 30.23. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$712.31 to Mass Mutual** | **1/17/17** | **Life Insurance Premium for Key Employee and Managing Member.** |
| 30.24. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$3,541.67** | **2/1/17** | **Salary** |
| 30.25. | **Jaffer Bernard Masud**<br>**PO Box 481166**<br>**Los Angeles, California**<br>**90048**<br><br>**Relationship to debtor**<br>**Managing Member** | **$3,941.67** | **2/16/17** | **Salary** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sudjam, LLC**                                         Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 6. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** | **$712.31 to Mass Mutual** | **2/17/17** | **Life Insurance Premium for Key Employee and Managing Member.** |
| | Relationship to debtor **Managing Member** | | | |
| 30.2 7. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** | **$2,500.00** | **3/2/17** | **Salary** |
| | Relationship to debtor **Managing Member** | | | |
| 30.2 8. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** | **$3,541.67** | **3/16/17** | **Salary** |
| | Relationship to debtor **Managing Member** | | | |
| 30.2 9. | **Jaffer Bernard Masud** **PO Box 481166** **Los Angeles, California 90048** | **$712.31 to Mass Mutual** | **3/17/17** | **Life Insurance Premium for Key Employee and Managing Member.** |
| | Relationship to debtor **Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Oppenheimer Simple IRA** | **EIN:    54-2135423** |

Debtor    **Sudjam, LLC**                                              Case number *(if known)*

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 27, 2017**

**/s/ Jaffer Bernard Masud**                                  **Jaffer Bernard Masud**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Sudjam, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,500.00** |
| Prior to the filing of this statement I have received | $ | **6,500.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 27, 2017** | **/s/ Andre A. Khansari, Esq.** |
| _Date_ | **Andre A. Khansari, Esq. 223528** |
| | _Signature of Attorney_ |
| | **KHANSARI LAW CORP., APC** |
| | **11845 W. Olympic Blvd., Suite 1000** |
| | **Los Angeles, CA 90064** |
| | **(424) 248-6688  Fax: (424) 248-6689** |
| | **info@khansarilaw.com** |
| | _Name of law firm_ |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andre A. Khansari, Esq.**<br>**11845 W. Olympic Blvd., Suite 1000**<br>**Los Angeles, CA 90064**<br>**(424) 248-6688 Fax: (424) 248-6689**<br>California State Bar Number: **223528**<br>info@khansarilaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Sudjam, LLC** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibiliy for errors and omissions.

Date:  **June 27, 2017** _____

**/s/ Jaffer Bernard Masud** _____
Siganture of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June 27, 2017** _____

**/s/ Andre A. Khansari, Esq.** _____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Sudjam, LLC
130 Valley Street #2017
Pasadena, CA 91105


530 Sixth Street
c/o Morlin Asset Mgmt LP
701 N. Brand Blvd., #810
Glendale, CA 91203


American Express (Delta)
P.O Box 981535
El Paso, TX 79998-1535


Ashaa C. Siewkumar
426 S. Orange Grove Avenue
Los Angeles, CA 90036


Balboa Capital
Attn: Bankruptcy
2010 Main Street, Suite 1100
Irvine, CA 92614


Balboa Lease 149430-000
BCC FUNDING VII LLC
PO BOX 79445
City of Industry, CA 91716-9445


Bill Robison, Esq.
Mandelbaum & Robison, LLP
4929 Wilshire Blvd., Suite 910
Los Angeles, CA 90010


CoreSpace, Inc
7505 John W. Carpenter Fwy
Dallas, TX 75247-4824

DP Air Corporation
 11809 Smith Ave
Santa Fe Springs, CA 90670-3226


GTT Communications, Inc
PO Box 842630
Dallas, TX 75284-2630


Hale Testing Solutions LLC
21 W. Goethe St Apt 4B
Chicago, IL 60610-7423


Hurricane Electric
760 Mission Court
Fremont, CA 94539-8204


Industrial Media Technology Inc
1637 N Fern St
Orange, CA 92867-4011


Jaffer Bernard Masud
PO Box 481166
Los Angeles, CA 90048


Jaffer Bernard Masud
130 Valley Street
Unit 2017
Pasadena, CA 91105


James B. Hull
1151 Sonora Ave Apt 214
Glendale, CA 91201

Mark Sullivan
4230 W. Century Blvd
Inglewood, CA 90304


QuadraNet, Inc
19528 Ventura Blvd #433
Tarzana, CA 91356


Timothy Yoo, Esq Chapter 7 Trustee
Levene, Neale, Bender, Yoo LLP
10250 Constellation Blvd #1700
Los Angeles, CA 90067


Toyota Motor Credit Co
c/o Toyota Financial Services
Attn: Bankruptcy
PO Box 15012
Chandler, AZ 85244


U S Fire Protection
3747 Corona Ave
Norco, CA 92860-1473


Valley Wide Air
PO Box 905
Agoura Hills, CA 91376-0905


Wells Fargo Business Direct
PO Box 294482
Phoenix, AZ 85038-8650


Wells Fargo Merchant Services
14141 South West Freeway
Sugar Land, TX 77478